On appellant's and respondent's stipulated motion for confession of error and remand filed December 9, 2002, reversed and remanded May 1, 2003

In the Matter of the Marriage of

Patricia Kay DEBOER,
*Respondent,*

*and*

Ralph William DEBOER,
*Appellant.*

93 CV 082; A118296

67 P3d 996

Steve P. Chez and Annetta L. Spicer for motion.

Before Brewer, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

## PER CURIAM

Father appeals from a judgment that modified the custody of the parties' child. At the modification hearing, the trial court took testimony from the child and did not allow any other witnesses to testify. The parties jointly move to reverse and remand the modification of custody judgment for a full evidentiary hearing. The motion is granted.

Reversed and remanded.